# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| WILLIAM J. RISER, | |
| Plaintiff, | |
| v. | CASE NO. 3:22-CV-713-DRL-MGG |
| MRS BPO, LLC, | |
| Defendant. | |

## ORDER

This Court's Scheduling Order issued on November 18, 2022, set December 16, 2022, as the deadline for the parties to name a mediator and further provided that "[i]f the parties cannot agree upon a mediator . . . the Court will appoint a mediator to afford the parties an opportunity to participate in alternative dispute resolution. [DE 19 at 3]. On December 16, 2022, the parties submitted their Joint Report as to Naming Mediator which states that the parties are unable to agree upon a mediator. [DE 20].

Accordingly, the parties are provided the following panel of qualified mediators from which to strike: Galen A. Bradley, Merrillville, IN (219) 508-1798; Richard McDevitt, Merrillville, IN (219) 472-8350; and Terry Shewmaker, Elkhart, IN (574) 849-5741. Upon receipt of this order, Defendant shall strike no later than **January 17, 2023**, and Plaintiff shall strike no later than **February 17, 2023**. Should a party fail to strike by its deadline, the Clerk is directed to randomly strike from the remaining names. Following striking, the mediator who remains shall be appointed to mediate the parties'

dispute. The parties are also encouraged to continue direct negotiations in hope of resolving this dispute without the need to involve a mediator.

**SO ORDERED** this 20th day of December 2022.

        s/Michael G. Gotsch, Sr.
        Michael G. Gotsch, Sr.
        United States Magistrate Judge