**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

WILLIAM J. RISER,

    Plaintiff,

v.                                                                    Case No. 3:22-CV-713-DRL-MGG

MRS BPO, LLC,

    Defendant.

**DEFENDANT'S REPORT PURSUANT TO DECEMBER 20, 2022 ORDER**

    1.    On November 18, 2022, the Court ordered the parties to name a mediator no later than December 16, 2022 and, if the parties cannot agree on upon a mediator, that the Court will appoint a mediator to afford the parties an opportunity to participate in alternative dispute resolution. [DE 19 at 3.] On December 16, 2022, the parties submitted their Joint Report as to Naming Mediator which states that the parties are unable to agree upon a mediator. [DE 20.] On December 20, 2022, the Court provided the parties a panel of three proposed qualified mediators and, in relevant part, ordered that "Defendant shall strike no later than January 17, 2023." [DE 21.]

    2.    Defendant hereby notifies this Honorable Court that it strikes Richard McDevitt and Terry Shewmaker from the list of court's list of mediators. Defendant accepts Galen A. Bradley.

DATED: <u>January 17, 2023</u>                    Respectfully submitted,

                                                **MRS BPO, LLC**

                                                By: /*s/ Matthew R. Bloom*
                                                Stefan R. Dandelles
                                                Matthew R. Bloom
                                                  KAUFMAN DOLOWICH & VOLUCK, LLP
                                                  30 N. LaSalle Street, Suite 1700

Chicago, Illinois 60602
P: (312) 646-6742
F: (312) 759-0402
sdandelles@kdvlaw.com
matthew.bloom@kdvlaw.com
Attorneys for Defendant MRS BPO, LLC

4868-7869-0379, v. 1